*Pro Se 1 2016*

FILED _____ LODGED
_____ RECEIVED

JAN 1 4 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DAVID Q. WEBB

_____

_____

_____,

Plaintiff(s),

v.

KELLY BUSEY, Chief of Police;

TRAY FEDERICI, Detective;

FRED DOUGLAS, Lieutenant, et al.

Defendant(s).

CASE NO. 3:22-cv-05030-DGE
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☒ Yes   ☐ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | DAVID Q. WEBB |
| Street Address | 40 East Main Street, #137 |
| City and County | Newark, New Castle County |
| State and Zip Code | Delaware 19711 |
| Telephone Number | (203) 898-5235 |

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

1

**B.**      Defendant(s)

2

     *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

3

4

     Defendant No. 1

5

| | |
|---|---|
| Name | KELLY BUSEY |
| Job or Title *(if known)* | Chief of Police - Gig Harbor Police Department |
| Street Address | 3510 Grandview Street |
| City and County | Gig Harbor, Pierce County |
| State and Zip Code | Washington 98335 |
| Telephone Number | (253) 851-2236 |

6

7

8

9

10

     Defendant No. 2

11

| | |
|---|---|
| Name | TRAY FEDERICI |
| Job or Title *(if known)* | Detective - Gig Harbor Police Department |
| Street Address | 3510 Grandview Street |
| City and County | Gig Harbor, Pierce County |
| State and Zip Code | Washington 98335 |
| Telephone Number | (253) 851-2236 |

12

13

14

15

16

     Defendant No. 3

17

| | |
|---|---|
| Name | FRED DOUGLAS |
| Job or Title *(if known)* | Lieutenant - Gig Harbor Police Department |
| Street Address | 3510 Grandview Street |
| City and County | Gig Harbor, Pierce County |
| State and Zip Code | Washington 98335 |
| Telephone Number | (253) 851-2236 |

18

19

20

21

22

23

24

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2016*

1
2
3
4
5
6

Defendant No. 4

| | |
|---|---|
| Name | MATT DOUGIL |
| Job or Title *(if known)* | Sergeant - Gig Harbor Police Department |
| Street Address | 3510 Grandview Street |
| City and County | Gig Harbor, Pierce County |
| State and Zip Code | Washington 98335 |
| Telephone Number | (253) 851-2236 |

7
8

## II.   BASIS FOR JURISDICTION

9   Federal courts are courts of limited jurisdiction (limited power).  Generally, only two

10  types of cases can be  heard in federal court: cases involving a federal question and cases

11  involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under

12  the United States Constitution or federal laws or treaties is a federal question case.  Under 28

13  U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and

14  the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of

15  citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16      What is the basis for federal court jurisdiction? *(check all that apply)*

17      ☑ Federal question              ☐ Diversity of citizenship

18      Fill out the paragraphs in this section that apply to this case.

19  A.   If the Basis for Jurisdiction Is a Federal Question

20      List the specific federal statutes, federal treaties, and/or provisions of the United States

21  Constitution that are at issue in this case.

22   1st, 4th & 14th Amendments; 42 U. S. C. 2000d, et sequence &

23   42 U. S. C. 1983.

24

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2016*

B.      If the Basis for Jurisdiction Is Diversity of Citizenship

          1.      The Plaintiff(s)

              a.  If the plaintiff is an individual.

The plaintiff (*name*) _____, is a citizen of the State of (*name*) _____.

              b.  If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

          2.      The Defendant(s)

              a.  If the defendant is an individual.

The defendant, (*name*) _____, is a citizen of the State of (*name*) _____. Or is a citizen of (*foreign nation*) _____.

              b.  If the defendant is a corporation.

The defendant, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

Or is incorporated under the laws of (*foreign nation*) _____, and has its principal place of business in (*name*)_____.

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2016*

1         3.        The Amount in Controversy.

2        The amount in controversy-the amount the plaintiff claims the defendant owes or the

3        amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

4        N/A

5

6

7

8        III.     STATEMENT OF CLAIM

9        *Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff*

10       *harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain*

11       *statement of each claim in a separate paragraph. Attach additional pages if needed.*

12       See ATTACHED CONTINUATION SHEETS.

13

14

15        IV.     RELIEF

16       *State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing*

17       *at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts,*

18       *and the reasons you claim you are entitled to actual or punitive money damages.*

19       SEE ATTACHED CONTINUATION SHEETS.

20

21

22        V.     CERTIFICATION AND CLOSING

23        Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

24        knowledge, information, and belief that this complaint: (1) is not being presented for an improper

*Pro Se 1 2016*

1    purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2    (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3    reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4    identified, will likely have evidentiary support after a reasonable opportunity for further

5    investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6    Rule 11.

7        I agree to provide the Clerk's Office with any changes to my address where case-related

8    papers may be served. I understand that my failure to keep a current address on file with the

9    Clerk's Office may result in the dismissal of my case.

10    Date of signing:     10 January 2022

11    Signature of Plaintiff

12    Printed Name of Plaintiff   DAVID Q. WEBB

13

14    Date of signing:

15    Signature of Plaintiff

16    Printed Name of Plaintiff

17

18    Date of signing:

19    Signature of Plaintiff

20    Printed Name of Plaintiff

21

22

23

24

COMPLAINT FOR A CIVIL CASE - 6

CONTINUATION SHEETS OF VERIFIED FEDERAL CIVIL RIGHTS COMPLAINT

## UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

**DAVID Q. WEBB,**

        Plaintiff

                          CASE NO. _____

                          **VERIFIED CIVIL RIGHTS COMPLAINT**

                          **DEMAND FOR CIVIL JURY TRIAL**

V.

**KELLY BUSEY**, Chief of Police - Gig Harbor Police Department (**Official & Individual Capacities - Final Policy Maker**); **TRAY FEDERICI**, Detective - Gig Harbor Police Department (**Official & Individual Capacities**); **FRED DOUGLAS**, Lieutenant - Gig Harbor Police Department (**Official & Individual Capacities**); **MATT DOUGIL**, Sergeant - Gig Harbor Police Department (**Official & Individual Capacities**); **RYAN ERWIN**, Police Officer - Gig Harbor Police Department (**Official & Individual Capacities**); **ENTERPRISE HOLDINGS, L. L. C.**; **JESSICA RIVERA-SINK**, Assistant Manager at ENTERPRISE RENTAL CAR in Port Orchard, Washington; **KEYBANK/KEYCORP**; **MIKAELA RAE WESSEL**, Former Employee at KeyBank; **TRINITY PARKER**, Employee at KeyBank; **RILEY RANCH**, Employee at KeyBank; **KOHL's DEPARTMENT STORE, INCORPORATED/KOHL'S, INCORPORATED**; **STORMI CROW**, Kohl's Department Store Manager; **THE INN AT GIG HARBOR, L. L. C.**; **MARISOL HERNANDEZ**, Hotel Manager at Inn at Gig Harbor; **OCEAN 5, L. L.C.**; **CARLEE MEIGS**, Employee at Ocean 5; **AARON SHOOK**, General Manager at Oceans 5; **SOMA & CHICO'S**; **HALEY GROVE**, Store Manager at SOMA &

1

CHICO'S; **GIG HARBOR PENINSULA AREA CHAMBER OF COMMERCE**;

**SPENSER CZULEGER**, Former Employee at Gig Harbor Chamber of Commerce; **WARREN**

**ZIMMERMAN**, President & Chief Executive Officer at Gig Harbor Chamber of Commerce;

**BEST WESTERN WESLEY INN & SUITES**;  **SUE BRAATEN**, Hotel Manager at Best

Western Wesley Inn & Suites; **SUNSET GRILL RESTAURANT**; **ALEXANDRA KEPL**,

Waitress at Sunset Grill Restaurant; **ELIZABETH REMICK**, Restaurant Manager at Sunset Grill

Restaurant; **SALLY BEAUTY SUPPLY**; **LAUREL STEELE**, Store Manager at Sally Beauty

Supply Store; **TYLER WELCH**, Regional Risk Manager at Enterprise Holdings, L. L. C.;

**ROBIN E. ROSE**, Housekeeping Employee at The Inn At Gig Harbor, L. L. C.; and **SERENA**

**PARTRIDGE**, Kohl's Department Store Employee,

     Defendants.

## I. THE PARTIES TO THIS COMPLAINT

B. Defendant(s) Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

### Defendant No. 1

Name, Job or Title (if known): **KELLY BUSEY**, Chief of Police

Street Address City and County: Gig Harbor Police Department, 3510 Grandview Street, Pierce County

State and Zip Code: Gig Harbor, Washington 98335

Telephone Number: (253) 851-2236

**Individual Capacity ["Stripping Doctrine"] & Official Capacity [Final Policy Maker]**

### Defendant No. 2

Name, Job or Title (if known): **TRAY FEDERICI**, Police Detective

Street Address City and County: Gig Harbor Police Department, 3510 Grandview Street, Pierce County

State and Zip Code: Gig Harbor, Washington 98335

Telephone Number: (253) 851-2236

**Individual Capacity ["Stripping Doctrine"] & Official Capacity**

### Defendant No. 3

Name, Job or Title (if known): **FRED DOUGLAS**, Police Lieutenant

Street Address City and County: Gig Harbor Police Department, 3510 Grandview Street, Pierce County

State and Zip Code: Gig Harbor, Washington 98335

Telephone Number: (253) 851-2236

**Individual Capacity ["Stripping Doctrine"] & Official Capacity**

3

**Defendant No. 4**

Name, Job or Title (if known): **MATT DOUGIL**, Police Sergeant

Street Address City and County: Gig Harbor Police Department, 3510 Grandview Street, Pierce County

State and Zip Code: Gig Harbor, Washington 98335

Telephone Number: (253) 851-2236

**Individual Capacity ["Stripping Doctrine"] & Official Capacity**

**Defendant No. 5**

Name, Job or Title (if known): **RYAN ERWIN**, Police Officer

Street Address City and County: Gig Harbor Police Department, 3510 Grandview Street, Pierce County

State and Zip Code: Gig Harbor, Washington 98335

Telephone Number: (253) 851-2236

**Individual Capacity ["Stripping Doctrine"] & Official Capacity**

**Defendant No. 6**

Name, Job or Title (if known): **ENTERPRISE HOLDINGS, L. L. C.**

Street Address City and County: 1119 SW 7th Street, Renton, King County

State and Zip Code: Washington 98057

Telephone Number: (425) 228-7650

**Official & Individual Capacities**

**Defendant No. 7**

Name, Job or Title (if known): **JESSICA RIVERA SINK**

Street Address City and County: 1665 9th Avenue #8, San Diego, San Diego County

State and Zip Code: California, 92101

Telephone Number: (540) 420-8555

**Individual & Official Capacities**

**Defendant No. 8**

Name, Job or Title (if known): **KEYBANK/KEYCORP**

Street Address City and County: 5001 Olympic Drive, NW, Gig Harbor, Pierce County

State and Zip Code: Washington 98402

Telephone Number: (253) 851-6110

**Individual & Official Capacities**

**Defendant No. 9**

Name, Job or Title (if known): **MIKAELA RAE WESSEL**

Street Address City and County: 3740 Banner Road, S. E., Port Orchard, Kitsap County

State and Zip Code: Washington 98366

Telephone Number: (253) 732-3389

**Individual & Official Capacities**

**Defendant No. 10**

Name, Job or Title (if known): **TRINITY PARKER**

Street Address City and County: **KEYBANK/KEYCORP,** 5001 Olympic Drive, NW, Gig Harbor, Pierce County

State and Zip Code: Washington 98402

Telephone Number: (253) 851-6110

**Individual & Official Capacities**

**Defendant No. 11**

Name, Job or Title (if known): **RILEY RANCH**

Street Address City and County: 2602 North Lawrence Street, Tacoma, Pierce County

State and Zip Code: Washington 98407

Telephone Number: (253) 759-5206

**Individual & Official Capacities**

**Defendant No. 12**

Name, Job or Title (if known): **KOHL'S DEPARTMENT STORE, INCORPORATED/KOHL'S, INCORPORATED**

Street Address City and County: 4929 Point Fosdick Drive, NW, Gig Harbor, Pierce County

State and Zip Code: Washington 98335

Telephone Number: (253) 858-2897

**Individual & Official Capacities**

**Defendant No. 13**

Name, Job or Title (if known): **STORMI CROW**

Street Address City and County: 714 North Pine Street, Tacoma, Pierce County

State and Zip Code: Washington 98406

Telephone Number: (253) 225-1253

**Individual & Official Capacities**

**Defendant No. 14**

Name, Job or Title (if known): **THE INN AT GIG HARBOR, L. L. C.**

Street Address City and County: 3211 56th Street, NW, Gig Harbor, Pierce County

State and Zip Code: Washington 98335

Telephone Number: (253) 858-1111

**Individual & Official Capacities**

**Defendant No. 15**

6

Name, Job or Title (if known): **MARISOL HERNANDEZ**

Street Address City and County: **THE INN AT GIG HARBOR, L. L. C.,** 3211 56th Street, NW, Gig Harbor, Pierce County

State and Zip Code: Washington 98335

Telephone Number: (253) 858-1111

**Individual & Official Capacities**

**Defendant No. 16**

Name, Job or Title (if known): **OCEAN, 5 L. L. C.**

Street Address City and County: 5268 Point Fosdick Drive, NW, Gig Harbor, Pierce County

State and Zip Code: Washington 98335

Telephone Number: (253) 857-7529

**Individual & Official Capacities**

**Defendant No. 17**

Name, Job or Title (if known): **CARLEE MEIGS**

Street Address City and County: 11701 Ranch Drive, SW, Port Orchard, Kitsap County

State and Zip Code: Washington 98366

Telephone Number: (360) 874-2505

**Individual & Official Capacities**

**Defendant No. 18**

Name, Job or Title (if known): **AARON SHOOK**

Street Address City and County: 4203 S. E. Horsehead Way, Port Orchard, Kitsap County

State and Zip Code: Washington 98366

Telephone Number: (989) 309-0085

**Individual & Official Capacities**

**Defendant No. 19**

Name, Job or Title (if known): **SOMA & CHICO'S**

Street Address City and County: 4729 Point Fosdick Drive, NW, Gig Harbor, Pierce County

State and Zip Code: Washington 98335

Telephone Number: (253) 851-4055

**Individual & Official Capacities**

**Defendant No. 20**

Name, Job or Title (if known): **HALEY GROVE**

Street Address City and County: 1500 Grover Street, Lynden, Whatcom County

State and Zip Code: Washington 98264

Telephone Number: (360) 223-9866

**Individual & Official Capacities**

**Defendant No. 21**

Name, Job or Title (if known): **GIG HARBOR PENINSULA AREA CHAMBER OF COMMERCE**

Street Address City and County: 3125 Judson Street, Gig Harbor, Pierce County

State and Zip Code: Washington 98335

Telephone Number: (253) 851-6865

**Individual & Official Capacities**

**Defendant No. 22**

Name, Job or Title (if known): **SPENSER CZULEGER**

Street Address City and County: 1710 Lucille Parkway, NW, Gig Harbor, Pierce County

State and Zip Code: Washington 98335

Telephone Number: (360) 674-2381

**Individual & Official Capacities**

**Defendant No. 23**

Name, Job or Title (if known): **WARREN ZIMMERMAN**

Street Address City and County: 3311 Harborview Drive #101, Gig Harbor, Pierce County

State and Zip Code: Washington 98332

Telephone Number: (253) 851-6865

**Individual & Official Capacities**

**Defendant No. 24**

Name, Job or Title (if known): **BEST WESTERN WESLEY INN & SUITES**

Street Address City and County: 6575 Kimball Drive, Gig Harbor, Pierce County

State and Zip Code: Washington 98335

Telephone Number: (253) 858-9690

**Individual & Official Capacities**

**Defendant No. 25**

Name, Job or Title (if known): **SUE BRAATEN**

Street Address City and County: 8802 Randall Drive, NW, Gig Harbor, Pierce County

State and Zip Code: Washington 98332

Telephone Number: (253) 222-3108

**Individual & Official Capacities**

**Defendant No. 26**

Name, Job or Title (if known): **SUNSET GRILL RESTAURANT**

Street Address City and County: 4926 Point Fosdick Drive, NW, Gig Harbor, Pierce County

State and Zip Code: Washington 98335

Telephone Number: (253) 851-8282

**Individual & Official Capacities**

**Defendant No. 27**

Name, Job or Title (if known): **ALEXANDRA KEPL**

Street Address City and County: 5900 Soundview Drive, #1102, Pierce County

State and Zip Code: Washington 98335

Telephone Number: (253) 370-4442

**Individual & Official Capacities**

**Defendant No. 28**

Name, Job or Title (if known): **ELIZABETH REMICK**

Street Address City and County: 6425 151st Street, NW, Gig Harbor, Pierce County

State and Zip Code: Washington 98332

Telephone Number: (253) 225-6131

**Individual & Official Capacities**

**Defendant No. 29**

Name, Job or Title (if known): **SALLY BEAUTY SUPPLY**

Street Address City and County: 5500 Olympic Drive, NW, #1-103, Gig Harbor, Pierce County

State and Zip Code: Washington 98335

Telephone Number: (253) 858-4982

**Individual & Official Capacities**

**Defendant No. 30**

Name, Job or Title (if known): **LAUREL STEELE**

Street Address City and County: **SALLY BEAUTY SUPPLY,** 5500 Olympic Drive, NW, #1-103, Gig Harbor, Pierce County

State and Zip Code: Washington 98335

Telephone Number: (253) 858-4982

**Individual & Official Capacities**

**Defendant No. 31**

Name, Job or Title (if known): **TYLER WELCH**

Street Address City and County: 1099 NW Redwing Drive, Oak Harbor, Island County

State and Zip Code: Washington 98277

Telephone Number: (512) 577-5884

**Individual & Official Capacities**

**Defendant No. 32**

Name, Job or Title (if known): **ROBIN E. ROSE**

Street Address City and County: 3315 McKinley Avenue #2, Tacoma, Pierce County

State and Zip Code: Washington 98404

Telephone Number: (713) 574-5287

**Individual & Official Capacities**

**Defendant No. 33**

Name, Job or Title (if known): **SERENA PARTRIDGE**

Street Address City and County: 3606 66th Avenue Court, N. W., Gig Harbor, Pierce County

State and Zip Code: Washington 98335

Telephone Number: (253) 509-3386

**Individual & Official Capacities**

## II. PREVIOUS LAWSUITS

**Describe the Lawsuit:**

On 20 July 2011, **Plaintiff Webb** was pulled over by **Defendant Murray**, an **Ogden City Police Officer**, after doing a U-Turn and Chasing **Plaintiff Webb** at a High-Rate of Speed for 46 Seconds before ever seeing the Rear License Plate Bulb.  **Plaintiff Webb** alleged this Stop was illegal, as was the subsequent Detention, Arrest, and Search.

**Defendant Murray** transported **Plaintiff Webb** to the **Weber County Jail** where He requested **Plaintiff Webb** be Strip-Searched and Booked into Jail.

**Defendant West** ordered **Defendant G. Sever** to Strip-Search **Plaintiff Webb**, which was contrary to Jail Policy and in violation of **Plaintiff Webb's** Constitutional Rights.

After the illegal Strip-Search , **Plaintiff Webb** was Punished by Defendant West for invoking His **5th Amendment Civil Right** against Self-Incrimination, by being placed in a small concert floor cell without any bathroom and/or sitting area and refused to allow **Plaintiff Webb** to use the bathroom for more than four (4) hours.

**Plaintiff Webb** was held in Jail without any Judicial Determination of Probable Cause for Five (5) Days.

When **Plaintiff Webb** was finally brought before a Judge on 26 July 2011, the Charges were Stricken and **Plaintiff Webb** was Released from Jail.

On 15 August 2011, Plaintiff Webb filed a **42 U. S. C. 1983, Action Pro Se** for violating His **United States Constitutional Civil Rights** by various **Ogden City** and **Weber County Defendants**.

**Parties to this previous lawsuit:**

Plaintiff(s):

**David Q. Webb**

Defendant(s):

**Kevin Murray, et al.**

**Court and Name of District:**

**U. S. District Court for the Northern District of Utah**

**Docket Number:**

**1:11-CV-00128-DN-EJF**

**Assigned Judge**:

**Honorable David Nuffer**, U. S. District Judge and **Honorable Evelyn J. Furse**, U. S. Magistrate Judge

**Disposition**: (For example, was the Case Dismissed as Frivolous or for Failure to State a Claim? Was it Appealed? Is it still pending?)

This Case was Vigorously Fought in the **U. S. District Court for the Northern District of Utah** and Appealed to the **U. S. Court of Appeals for the 10th Circuit** where **Pro Se Plaintiff Webb** Won on Appeal.

**Approximate Filing Date of Lawsuit**:

**23 August 2011**

**Approximate Date of Disposition**:

This Case ended in an Out of Court Settlement through the Court's Mediation Program via **Senior U. S. Magistrate Judge Brooke C. Wells** in the Winter of 2017.

## III. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

**State or local officials (a § 1983 claim).**

B. **Section 1983** allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." **42 U.S.C. § 1983.**

If you are suing under **section 1983**, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The **United States Constitution under the 1st, 4th and 14th Amendments**.

D. **Section 1983** allows defendants to be found liable only when they have acted "**under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia.**" **42 U.S.C. § 1983**. If you are suing under **section 1983**, explain how each

13

defendant acted under **color of state or local law**. If you are suing under Bivens, explain how each defendant acted under the color of federal law. Attach additional pages if needed.

- **PREEMPTIVE STRIKES WITH LEGAL PRECEDENTS FOR SPECIFIC DEFENDANTS NOT BEING ABLE TO CLAIM ABSOLUTE and/or QUALIFIED IMMUNITY to SUIT**:

**[1]** Local Governmental Immunity encompassing Counties and Municipalities are not entitled to **Sovereign Immunity**. See, **Lincoln County v. Luning**, 133 U. S. 529 (1890); **Moor v. County of Alameda**, 411 U. S. 693, 717-21 (1973); and **Northern Ins. Co. of New York v. Chatham County, Ga.**, 126 S. Ct. 1689, 1693 (2006).

**[2]** The "**Stripping Doctrine**" under **Ex Parte Young**, 209 U. S. 123 (1908), narrowed by **Edelman v. Jordan**, 415 U. S. 651 (1974).

**[3]** Plaintiff alleges that Federal Jurisdiction is proper before this Court by Preemptive Legal Strike against **RCW 4.96.020** [See, **Patsy v. Board of Regents of State of Florida**, 457 U. S. 496 (1991); **Edgar v. Mite Corporation**, 457 U. S. 624 (1982); and **Felder v. Casey**, 487 U. S. 131 (1988) under the **U. S. Supremacy Clause under Article IV, Paragraph 2 of the U. S. Constitution**].

Simply put, I would not need to await Sixty (60) Days to expire under **RCW 4.96**, to go forth with a **Federal Civil Rights Complaint** within the **United States District Court for the Western District of Washington**. There is no Statute of Limitations contained within the Language of **42 U. S. C. 1983**.

The **United States Supreme Court** has directed that **42 U. S. C. 1988**, "requires Courts to borrow and apply to all **1983 Claims** the One (1) most analogous State Statute of Limitations." See, **Owens v. Okure**, 488 U. S. 235, 240 (1989). In **Washington State** the **Personal Injury Statute of Limitation** is Three (3) Year pursuant **RCW 4.16.080.**

**[4] Kelly Busey**, Chief of Police for the Gig Harbor Police Department in His **Official Capacity** as the **Final Policy Maker** for the **City of Gig Harbor Government** as the Signee and Direct Recipient of Federal Funding from the **United States Justice Department - Title VI Regulatory Program Provisions under 42 U. S. C. 2000d, et sequence, under Title VI of the Civil Rights Act of 1964.**

**[5]** These Governmental Actors Misconduct explicitly detailed below has violated with impunity the **U. S. Department of Justice - Civil Rights Division's** creation purpose through the **Civil Rights Act of 1957**, which mandates working to uphold the Civil and Constitutional Rights of all Americans, particularly some of the most vulnerable members of U. S. Society by prohibiting **Discrimination** on the basis of **Race, Color, Sex, Disability, Religion, Familial Status and National Origin.**

**[6]** The **Federal Supplemental Jurisdiction** for **Defendants** are under **28 U. S. C. 1367** against the **Washington State Tort Claims**.

14

[7] The **Federal Jurisdiction** for **State Actor Defendants** are under **28 U. S. C. 1331** for **Federal Questions**.

## IV. STATEMENT OF CLAIM

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Claims Alleged Against Each Defendant**:

**COUNT I:** 42 U. S. C. 2000d, et sequence UNDER TITLE VI OF THE CIVIL RIGHTS ACT OF 1964

**42 U. S. C. 2000d, et sequence under Title VI of the Civil Rights Act of 1964**, **Aborgates All Immunity** upon the acceptance of **Federal Funding**, because **Pro Se Plaintiff David Webb** is **Alleging Intentional Discrimination** against all **Defendants** in their **Official Capacity** based on **Plaintiff Webb's Race, Color and National Orgin** as an **African American Male** under **42 U. S. C. 1983**.

All **Absolute & Qualified Immunity** is **Official Immunity** derived from the **11th Amendment of the U. S. Constitution**, which has been completely abrogated under **42 U. S. C. 2000d-7, et sequence, under Title VI**.

If the **State or Local Government Entities** Receive Federal Funding for whatever purpose, They Cannot Claim **Sovereign Immunity** if They are Sued in Federal Court for Discrimination. The **United States Code Title 42, Section 2000d, et sequence**, explicitly precludes such **Immunity**.

**[1] Defendant KELLY BUSEY, Chief of Police - Final Policy Maker [City of Gig Harbor Government]**

**Plaintiff Webb** is alleging that the **City of Gig Harbor Government** has been engaged in **Intentional Discrimination** based on His **Race, Color & National Origin** as an **Africfan American Male** while being a **Recipient of Federal Funding** from mulitple Federal Agencies, specifically germane here are the **United States Department of Justice**.

**Plaintiff Webb** further alleges that as a **Federal Funding Recipient** the **City of Gig Harbor Government's Sovereign Immunity** has been completely **Abrogated by 42 U. S. C. 2000d, et sequence, under Title VI of the Civil Rights Act of 1964**, for having **Ordinances, Resolutions, Rules, Regulations, Motions, Policies and Procedures** in place that were denied to **Plaintiff Webb** based on His **Race, Color & National Origin** as a **African American Male** that

caused the violation of **Plaintiff Webb's U. S. Constitutional Civil Rights under the 1st, 4th & 14th Amendments** that has injured Him for being denied the **Freedom of Association** and held through **illegal Detainment** at the **Gig Harbor WA DOL Peninsula License Agency, L. L. C.,** 3206 50th Street Court, N. W., #A-109, Gig Harbor, Washington 98335 on 28 February 2019, which also violated His Right of **Equal Protection Under the Laws**, and earlier on 20 February 2019, denied **Equal Protection Under the Laws under the 14th Amendment** at the **Gig Harbor Police Department**, which affords a **Private Right of Action** under **42 U. S. C. 1983**, which affords **Money Damages**.

Lastly, Plaintiff Webb further alleges that all **City of Gig Harbor Government Defendant Employees** Named below in their **Official Capacities** Acting under **"Color of Law"** are also stripped of any **Sovereign Immunity** under the **Qualified Immunity Doctrine** for their Actions and/or Lack of Actions, for having **Ordinances, Resolutions, Rules, Regulations, Motions, Policies and Procedures** in place that were denied to **Plaintiff Webb** based on His **Race, Color & National Origin** as a **African American Male** during the illegal Detainment of **Plaintiff Webb** at the at the **Gig Harbor WA DOL Peninsula License Agency, L. L. C.,** 3206 50th Street Court, N. W., #A-109, Gig Harbor, Washington 98335 on 28 February 2019, and earlier on 20 February 2019, denied **Equal Protection Under the Laws under the 14th Amendment** at the **Gig Harbor Police Department**, which also violated His Right of **Equal Protection Under the Laws**, which affords a **Private Right of Action** under **42 U. S. C. 1983**, which affords **Money Damages**.

**[A] Defendant KELLY BUSEY**, Chief of Police as **Final Policy Makers** in His **Official Capacity** for the **City of Gig Harbor Government** failed to ensure that the **Ordinances, Resolutions, Rules, Regulations, Motions, Policies and Procedures** in place for precluding the illegal Detainment of **Plaintiff Webb** by **Defendant TRAY FEDERICI** of the **Gig Harbor Police Department** on 28 February 2019, would be with proper cause, which violates the **1st, 4th Amendment of the United States Constitution** under **illegal Detention** and the **14th Amendment of Equal Protection Under the Laws** based on the earlier incident immediately Reported to **Defendant BUSEY & Defendant FRED DOUGLAS** on 20 February 2019, denied **Equal Protection Under the Laws under the 14th Amendment** at the **Gig Harbor Police Department**, by **Defendants MATT DOUGIL,** Sergeant - Gig Harbor Police Department & **RYAN ERWIN,** Police Officer - Gig Harbor Police Department, which also violated His Right of **Equal Protection Under the Laws**, which affords a **Private Right of Action** under **42 U. S. C. 1983**, which affords **Money Damages.**

**Defendant KELLY BUSEY**, Chief of Police as **Final Policy Makers** in His **Individual Capacity** for the **City of Gig Harbor Government** failed to ensure that the **Ordinances, Resolutions, Rules, Regulations, Motions, Policies and Procedures** in place on 20 February 2019 at the **Gig Harbor Police Department** failed to properly handle the **Official Note & Voicemail** on 20 February 2019, of the Police Misconduct of **Defendants MATT DOUGIL & RYAN ERWIN** on 20 February 2019 & **Official Complaint** sent directly to **Defendant Busey** via Email on 19 March 2019, with His response on 20 March 2019, [See Attached] would be properly investigated by **Defendant**

16

**KELLY BUSEY**, which violates the **14th Amendment of Equal Protection Under the Laws** and is Actionable under **42 U. S. C. 1983**, which affords **Money Damages**.

**Plaintiff Webb's Official Complaint** is attached and **Defendant Busey's Response** to lay-out the facts supporting these Claims against **Defendant Busey** in His **Individual Capacity**.

Additionally, **Defendant Busey** participated in the **Malicious Prosecution** of **Plaintiff Webb** in the **Kitsap County Superior Court** by providing the whereabouts of **Plaintiff Webb** residing in Gig Harbor, Washington to the **Port Orchard Chief of Police** that led to the **Illegal Arrest**; **Illegal Detention** and **Malicious Prosecution** by the **Kitsap County Prosecutor** and makes **Defendant Busey Legally Culpable** under the **Washington State Tort Claim** for **Negligent Infliction of Emotional Distress**.

On 03 February 2020, **Case No. 23428401** within the **Kitsap County District Court** and all other **Felony** and **Misdemeanor Criminal Charges** within the **Kitsap County Superior Court** under **Case Nos. 19-1-00389-18** & **19-1-00800-18**, were **Dismissed With Prejudice** based on a **Malicious Prosecution** of a "**Factual Innocent**" **Criminal Defendant Webb**.

The Malicious Prosecution is predicated on **Attorney Kevin M. Anderson, Former Kitsap County Chief Public Defender** comments on 25 April 2019, wherein He explicitly stated directly to **Criminal Defendant Webb** that He was <u>Factually Innocent</u> of the Criminal Charges within the **Kitsap County Superior Court - Case #19-1-000389-18** and "**...I have spoken with My Counterpart, the Kitsap County Prosecutor (Defendant ATTORNEY CHAD M. ENRIGHT) and studied all the evidence in this Case and…**" "**...all I have to do is pick up the Phone and Call the Kitsap County Prosecutor and the Case would be over, but the 'Powers to be' wanted to teach Criminal Defendant Webb a lesson about Sleeping with so many Married Whte Women in Our County…**" "**...Despite You being <u>Factually Innocent</u> of the Charges in this County as an African American the Jury will still find You Guilty…**"

This was confirmed Eight (8) Months later by **ATTORNEY JOHN SCOTT BOUGHER** on 12 December 2019, [See Pro Se Defendant Webb's "**MOTION FOR TERMINATION OF COURT APPOINTED COUNSEL**" Filed with the Kitsap County District Court Case No. 23428401, on 27 December 2019] by stating the following: "**...Also, Defendant BOUGHER** made His own culpable statement contained in the same **MOTION - - The Only thing Attorney Bougher** has made Unequivocal is that the "**...Judicial Officers and Plaintiff** [State of Washington] '**Powers to Be' are disgusted with your Actions that are not Criminal, but Will Not Be Tolerated In Our Community and the Jury Will Convict You On Principle Alone, Despite No Crime has been Committed…**"

Both above are Predicated on the **Federal Petition for a Writ of Habeas Corpus** Filed within the **United States District Court for the Western District of Washington**

(Case No. 3:19-CV-05561-BHS) Petition for a Federal Writ of Habeas Corpus under 28 U. S. C. 2241(c)(3), pursuant to Special Circumstances for Federal Intervention.

[B] Defendant TRAY FEDERICI, Detective - Gig Harbor Police Department (Official & Individual Capacities).

Plaintiff Webb incorporates COUNT I: [1] above herewith for Defendant TRAY FEDERICI.

Plaintiff further states that Defendant TRAY FEDERICI and approximately Seven (7) other John Doe Law Enforcement Personnel from the Gig Harbor Police Department personally participated in the illegal Detainment of Plaintiff Webb on 28 February 2019, shortly after 1:03 p.m., after being phoned by Defendant SPENSER CZULEGER who was waiting at the WA DOL Peninsula License Agency, L. L. C., 3206 50th Street Court, N. W., #A-109, Gig Harbor, Washington 98335 and Plaintiff Webb without any prior knowledge of Defendant SPENSER CZULEGER presence at the same location entered to pay the Fees for Registering His recently purchased 2004 Buick Rainier under VIN No. 5GADT13S642170094 - Washington License Plate No. BOT3231 [See attached Registration Certificate & Sales Receipt] and upon Plaintiff Webb finishing His Vehicle Registration Business Defendant TRAY FEDERICI and One (1) other John Doe Law Enforcement Personnel from the Gig Harbor Police Department had entered the WA DOL Peninsula License Agency Office Public Entrance, and blocking any exit from the WA DOL Peninsula License Agency Office Public Entrance, and telling Plaintiff Webb that They wanted to talk with Plaintiff Webb after already alerting the Building Owner and all WA DOL Peninsula License Agency Office Staff Personnel that They were here to talk with Plaintiff Webb.

Several of the White Gig Harbor Public Citizens Spoke-Up stating that Plaintiff Webb had been sitting here waiting peacefully for His turn to be assisted by the WA DOL Peninsula License Agency Office Staff and One (1) White Woman (Jane Doe) protested that Plaintiff Webb had done nothing wrong and should be left alone.

Then Plaintiff Webb identified Himself to Defendant TRAY FEDERICI and asked what this encounter was all about as Plaintiff Webb's exit from the WA DOL Peninsula License Agency Office was being blocked by Defendant TRAY FEDERICI.

Defendant TRAY FEDERICI then stated We want to told with You without specifically stating what it was referencing and Plaintiff Webb explicitly stated that any communications with Him can be done through Plaintiff Webb's Lawyer and when Defendant TRAY FEDERICI asked who that was, Paintiff Webb provided His Lawyers Name, but Defendant TRAY FEDERICI continued to position Himself Aggressively in front of Plaintiff Webb's pathway from walking away and now being outside Plaintiff Webb could see at least Six (6) other Law Enforcement Personnel from the Gig Harbor Police Department standing Behind, Beside and in Front of Plaintiff Webb blocking all directions of walking away.

18

Plaintiff Webb explicitly stated again and again to contact **His Lawyer** and **Defendant TRAY FEDERICI Aggressive Position** of blocking **Plaintiff Webb's** ability to move forward continued over the next Ten (10) Minutes.

All the while this unknown **Jane Doe White Woman** is protesting to allow **Plaintiff Webb** the ability to walk away.

Then **Defendant TRAY FEDERICI** screams out that **Plaintiff Webb** "…**Likes talking to Little Girls**…"

**Plaintiff Webb** once again ask **Defendant TRAY FEDERICI** to communicate with **His Lawyer** and **Defendant TRAY FEDERICI** and the other **Seven (7) Law Enforcement Personnel from the Gig Harbor Police Department** moves out of **Plaintiff Webb's** pathway to go forward and **Plaintiff Webb** exits the **Property** of the **WA DOL Peninsula License Agency Office Parking Lot** and walks to the nearest StarBucks <u>and is so shaken by what Defendant TRAY FEDERICI screamed-out that Plaintiff Webb stays at the StarBucks for Two-Hours calming-down Emotionally and Mentally</u>.

**[C] Defendant FRED DOUGLAS,** Lieutenant - Gig Harbor Police Department (**Official & Individual Capacities**).

**Plaintiff Webb** incorporates **COUNT I: [1] & COUNT 1: [1][A]**, above herewith for **Defendant FRED DOUGLAS**.

**Plaintiff Webb** contends that **Defendant FRED DOUGLAS** was spoken to directly In-Person and provided with the same Note and Voicemail on 20 February 2019, left for **Defendant BUSEY** about the **Police Misconduct** of **Defendants Matt DOUGIL & RYAN ERWIN** and sent the same **Official Complaint** as **Defendant KELLY BUSEY** and did nothing to resolve the issues brought to His attention as detailed in the attached **Official Complaint** dated 19 March 2019, from the incident with **Defendants MATT DOUGIL & RYAN ERWIN** on 20 February 2019.

**[D] Defendant MATT DOUGIL,** Sergeant - Gig Harbor Police Department (**Official & Individual Capacities**).

**Plaintiff Webb** incorporates **COUNT I: [1]** above herewith for **Defendant MATT DOUGIL**.

**Plaintiff Webb** further incorporates the attached **Official Complaint** as **Exhibit - A** to **Defendants KELLY BUSEY & FRED DOUGLAS** about the **Police Misconduct** of **Defendants MATT DOUGIL & RYAN ERWIN** on 20 February 2019.

**[E] Defendant RYAN ERWIN,** Police Officer - Gig Harbor Police Department (**Official & Individual Capacities**).

Plaintiff **Webb** incorporates **COUNT I: [1]** above herewith for **Defendant RYAN ERWIN**.

Plaintiff **Webb** further incorporates the attached **Official Complaint** as **Exhibit - A** to **Defendants KELLY BUSEY & FRED DOUGLAS** about the **Police Misconduct** of **Defendants MATT DOUGIL & RYAN ERWIN** on 20 February 2019.

The **Federal Jurisdiction** for these above **Defendants** are under **28 U. S. C. 1331**.

**COUNT II:** <u>42 U. S. C. 1983</u>

- **Plaintiff Webb incorporates these facts herewith** from above under **COUNT I: [1]** herewith against these below **Defendants**.

**[1] Defendant KELLY BUSEY**, Chief of Police - Gig Harbor Police Department (**Official & Individual**).

Plaintiff **Webb** incorporates **COUNT I: [1][A]** above herewith for **Defendant KELLY BUSEY**.

**[2] Defendant TRAY FEDERICI**, Detective - Gig Harbor Police Department (**Official & Individual Capacities**)

Plaintiff **Webb** incorporates **COUNT I: [1][B]** above herewith for **Defendant TRAY FEDERICI**.

[3] Defendant **FRED DOUGLAS**, Lieutenant - Gig Harbor Police Department (**Official & Individual Capacities**)

Plaintiff **Webb** incorporates **COUNT I: [1][C]** above herewith for **Defendant FRED DOUGLAS**.

**[4] Defendant MATT DOUGIL**, Sergeant - Gig Harbor Police Department (**Official & Individual Capacities**)

Plaintiff **Webb** incorporates **COUNT I: [1][D]** above herewith for **Defendant MATT DOUGIL**.

**[5] Defendant RYAN ERWIN**, Police Officer - Gig Harbor Police Department (**Official & Individual Capacities**)

Plaintiff **Webb** incorporates **COUNT I: [1][E]** above herewith for **Defendant RYAN ERWIN**.

The **Federal Jurisdiction** for these above **Defendants** are under **28 U. S. C. 1331**.

**COUNT III: 1st AMENDMENT OF THE U. S. CONSTITUTION**

- **Plaintiff Webb incorporates these facts herewith** from above under **COUNT I: [1]** herewith against this below **Defendant**.

 **[1] Defendant TRAY FEDERICI**, Detective - Gig Harbor Police Department (**Official & Individual Capacities**).

 **Plaintiff Webb** incorporates **COUNT I: [1][B]** above herewith for **Defendant TRAY FEDERICI**.

 The **Federal Jurisdiction** for **Defendant FEDERICI** above is under **28 U. S. C. 1331**.

**COUNT IV: 4th AMENDMENT OF THE U. S. CONSTITUTION**

- **Plaintiff Webb incorporates these facts herewith** from above under **COUNT I: [1]** herewith against these below **Defendants**.

 **[1] Defendant KELLY BUSEY**, Chief of Police - Gig Harbor Police Department (**Official & Individual**).

 **Plaintiff Webb** incorporates **COUNT I: [1][A]** above herewith for **Defendant KELLY BUSEY**.

 **[2] Defendant TRAY FEDERICI**, Detective - Gig Harbor Police Department (**Official & Individual Capacities**).

 **Plaintiff Webb** incorporates **COUNT I: [1][B]** above herewith for **Defendant TRAY FEDERICI**.

 The **Federal Jurisdiction** for these above **Defendants** are under **28 U. S. C. 1331**.

**COUNT V: 14th AMENDMENT OF THE U. S. CONSTITUTION**

- **Plaintiff Webb incorporates these facts herewith** from above under **COUNT I: [1]** herewith against these below **Defendants**.

 **[1] Defendant KELLY BUSEY**, Chief of Police - Gig Harbor Police Department (**Official & Individual**)

 **Plaintiff Webb** incorporates **COUNT I: [1][A]** above herewith for **Defendant KELLY BUSEY**.

 **[2] Defendant TRAY FEDERICI**, Detective - Gig Harbor Police Department (**Official & Individual Capacities**)

21

Plaintiff Webb incorporates **COUNT I: [1][B]** above herewith for **Defendant TRAY FEDERICI.**

**[3] Defendant FRED DOUGLAS**, Lieutenant - Gig Harbor Police Department (**Official & Individual Capacities**)

Plaintiff Webb incorporates **COUNT I: [1][C]** above herewith for **Defendant FRED DOUGLAS.**

**[4] Defendant MATT DOUGIL**, Sergeant - Gig Harbor Police Department (**Official & Individual Capacities**)

Plaintiff Webb incorporates **COUNT I: [1][D]** above herewith for **Defendant MATT DOUGIL.**

**[5] Defendant RYAN ERWIN**, Police Officer - Gig Harbor Police Department (**Official & Individual Capacities**)

Plaintiff Webb incorporates **COUNT I: [1][E]** above herewith for **Defendant RYAN ERWIN.**

The **Federal Jurisdiction** for these above **Defendants** are under **28 U. S. C. 1331.**

**COUNT VI: <u>DELIBERATE INDIFFERENCE</u>**

**[1] Defendant KELLY BUSEY**, Chief of Police - Gig Harbor Police Department (**Official & Individual Capacities) incorporates COUNT I: [1 ] & COUNT I: [1][A]** from above herewith as the factual basis for **Deliberate Indifference.**

**[2] Defendant FRED DOUGLAS**, Lieutenant - Gig Harbor Police Department (**Official & Individual Capacities) incorporates** COUNT I: [1] & **COUNT I: [1][C]** from above herewith as the factual basis for **Deliberate Indifference.**

The **Federal Jurisdiction** for **Defendants BUSEY** & DOUGLAS are under **28 U. S. C. 1331.**

**COUNT VII: <u>WASHINGTON STATE CONSTITUTION, ARTICLE 1, SECTIO</u>N 5**

"...**SECTION 5 FREEDOM OF SPEECH. Every person may freely speak, write and publish on all subjects, being responsible for the abuse of that right**..."

**[1] Defendant JESSICA RIVERA SINK** precluded the **"Free Speech" & "Freedom of Association"** of **Plaintiff Webb** after She agreed to a **Consensual Relationship**, but told **Disparaging Information** to the **Port Orchard Police Department** and had **Defendant ENTERPRISE HOLDINGS, L. L. C.**, through **Defendant Tyler Welch** authorize and issue the "**<u>NO TRESPASS NOTICE</u>**" - - "...**This**

is to formally notify you that you are NOT permitted to enter any Enterprise, National or Alamo Properties Nation-Wide and have been placed on our National Do Not Rent List…" on **01 April 2019**, in the attached **Letter** to **Plaintiff Webb**, because He acted in His **Official Capacity** as the **Regional Risk Manager** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant ENTERPRISE HOLDINGS, L. L. C.**

[2] Defendants **MIKAELA RAE WESSEL; TRINITY PARKER; and RILEY RANCH** precluded the **"Free Speech" & "Freedom of Association"** of **Plaintiff Webb** after **They** agreed to each consenting to **Their** interaction with **Plaintiff Webb** and provided their Personal Contact Information, but told **Disparaging Information** to the **Port Orchard Police Department** and **Gig Harbor Police Department** and had **Defendant KEYBANK/KEYCORP**, through **Defendant Riley Ranch** authorize and request the issuance of the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant KEYBANK/KEYCORP**.

[3] Defendant **SERENA PARTRIDGE** precluded the **"Free Speech" & "Freedom of Association"** of **Plaintiff Webb** after **Defendant SERENA PARTRIDGE**, Kohl's Department Store Employee agreed to consenting to **Her** interaction with **Plaintiff Webb** and provided Her Photograph and Personal Contact Information, but told **Disparaging Information** to the **Gig Harbor Police Department** and had **Defendant KOHL's DEPARTMENT STORE, INCORPORATED/KOHL'S, INCORPORATED**, through **Defendant Stormi Crow** authorize and request the issuance of the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant KOHL's DEPARTMENT STORE, INCORPORATED/KOHL'S, INCORPORATED**.

[4] Defendant **ROBIN E. ROSE** precluded the **"Free Speech" & "Freedom of Association"** of **Plaintiff Webb** after **Defendant ROBIN E. ROSE**, Housekeeping Employee agreed to consenting to **Her** interaction with **Plaintiff Webb** and provided Her Photograph; Sexually Explicit Text Messages and Personal Contact Information, but told **Disparaging Information** to the **Gig Harbor Police Department** and had **Defendant THE INN AT GIG HARBOR, L. L. C.**, through **Defendant Marisol Hernandez** authorize and request the issuance of the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County**

23

<u>Prosecutor's Office</u> <u>found NO Criminal Activity associated with the</u> <u>Trespass</u> <u>Admonishment</u> <u>issued by</u> **Defendant THE INN AT GIG HARBOR, L. L. C.**

[5] **Defendant CARLEE MEIGS** precluded the **"Free Speech" & "Freedom of Association"** of **Plaintiff Webb** after **Defendant CARLEE MEIGS**, Ocean 5 Employee agreed to consenting to **Her** interaction with **Plaintiff Webb** and provided Her Personal Contact Information, but told **Disparaging Information** to the **Gig Harbor Police Department** and had **Defendant OCEAN 5,** through **Defendant Aaron Shook** authorize and request the issuance of the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI,** Gig Harbor Police Detective to **Plaintiff Webb**, <u>because He acted in His</u> **Official Capacity** <u>as a Police Officer Acting under</u> **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** <u>found NO Criminal Activity associated with the</u> <u>Trespass</u> <u>Admonishment</u> <u>issued by</u> **Defendant OCEAN 5, L. L.C.**

[6] **Defendant HALEY GROVE** precluded the **"Free Speech" & "Freedom of Association"** of **Plaintiff Webb** after **Defendant HALEY GROVE**, SOMA Store Manager agreed to consenting to **Her** interaction with **Plaintiff Webb** and provided Her Personal Contact Information, but told **Disparaging Information** to the **Gig Harbor Police Department** and had **Defendants SOMA & CHICO'S,** through **Defendant HALEY GROVE** authorize and request the issuance of the <u>"NO TRESPASS</u> <u>ADMONISHMENT"</u> on **07 March 2019**, by **Defendant TRAY FEDERICI,** Gig Harbor Police Detective to **Plaintiff Webb**, <u>because He acted in His</u> **Official Capacity** <u>as a Police</u> <u>Officer Acting under</u> **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** <u>found NO Criminal Activity associated with</u> <u>the</u> <u>Trespass Admonishment</u> <u>issued by</u> **Defendants SOMA & CHICO'S.**

[7] **Defendant SPENSER CZULEGER** precluded the **"Free Speech" & "Freedom of Association"** of **Plaintiff Webb** after **Defendant SPENSER CZULEGER,** Former Staff Personnel agreed to consenting to **Her** interaction with **Plaintiff Webb** and provided Her Business Contact Information, but told **Disparaging Information** to the **Gig Harbor Police Department** and had **Defendant GIG HARBOR PENINSULA AREA CHAMBER OF COMMERCE,** through **Defendant WARREN ZIMMERMAN,** President & Chief Executive Officer authorize and request the issuance of the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI,** Gig Harbor Police Detective to **Plaintiff Webb**, <u>because He acted in His</u> **Official Capacity** <u>as a Police Officer Acting under</u> **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** <u>found NO Criminal Activity associated with the</u> <u>Trespass Admonishment</u> <u>issued by</u> **Defendant GIG HARBOR PENINSULA AREA CHAMBER OF COMMERCE.**

[8] **Defendant Defendant SUE BRAATEN** precluded the **"Free Speech" & "Freedom of Association"** of **Plaintiff Webb** after **Defendant SUE BRAATEN,** Hotel Manager provided **Disparaging Information** to the **Gig Harbor Police Department** and had **Defendant BEST WESTERN WESLEY INN & SUITES,** through **Defendant SUE BRAATEN,** Hotel Manager authorize and request the issuance of the <u>"NO TRESPASS</u>

**ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant BEST WESTERN WESLEY INN & SUITES.**

[9] **Defendant ALEXANDRA KEPL** precluded the **"Free Speech" & "Freedom of Association"** of **Plaintiff Webb** after **Defendant ALEXANDRA KEPL**, Waitress at Sunset Grill Restaurant agreed to consenting to **Her** interaction with **Plaintiff Webb** and provided Her Personal Contact Information, but told **Disparaging Information** to the **Gig Harbor Police Department** and had **Defendant SUNSET GRILL RESTAURANT,** through **Defendant ELIZABETH REMICK**, Sunset Grill Restaurant Manager authorize and request the issuance of the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant SUNSET GRILL RESTAURANT.**

[10] **Defendant LAUREL STEELE** precluded the **"Free Speech" & "Freedom of Association"** of **Plaintiff Webb** after **Defendant LAUREL STEELE**, Store Manager provided **Disparaging Information** to the **Gig Harbor Police Department** and had **Defendant SALLY BEAUTY SUPPLY,** through **Defendant LAUREL STEELE**, Store Manager authorize and request the issuance of the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant SALLY BEAUTY SUPPLY.**

The **Federal Jurisdiction** for these **Defendants above** would be under **28 U. S. C. 1367**.

COUNT VIII: WASHINGTON STATE CONSTITUTION, ARTICLE 1, SECTION 7

"...SECTION 7 INVASION OF PRIVATE AFFAIRS OR HOME PROHIBITED. No person shall be disturbed in his private affairs, or his home invaded, without authority of law…"

[1] **Defendant ENTERPRISE HOLDINGS, L. L. C.** disturbed **Plaintiff Webb's private affairs without authority of law** through **Defendant Tyler Welch** authorize and issue the **"NO TRESPASS NOTICE"** - - "...**This is to formally notify you that you are NOT permitted to enter any Enterprise, National or Alamo Properties Nation-Wide and have been placed on our National Do Not Rent List**…" on **01 April 2019**, in the attached **Letter** to **Plaintiff Webb**, because He acted in His **Official Capacity** as the **Regional Risk Manager** and the **Kitsap County Prosecutor's Office** nor the

**Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant ENTERPRISE HOLDINGS. L. L. C.**

[2] Defendant **KEYBANK/KEYCORP** disturbed Plaintiff Webb's private affairs without authority of law through **Defendant Riley Ranch** authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on 07 March 2019, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant KEYBANK/KEYCORP**.

[3] Defendant **KOHL's DEPARTMENT STORE, INCORPORATED/KOHL'S, INCORPORATED** disturbed Plaintiff Webb's private affairs without authority of law through **Defendant STORMI CROW** authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on 07 March 2019, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant KOHL's DEPARTMENT STORE, INCORPORATED/KOHL'S, INCORPORATED**.

[4] Defendant **THE INN AT GIG HARBOR, L. L. C.** disturbed Plaintiff Webb's private affairs without authority of law through **Defendant Marisol Hernandez** authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on 07 March 2019, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant THE INN AT GIG HARBOR, L. L. C.**

[5] Defendant **OCEAN 5** disturbed Plaintiff Webb's private affairs without authority of law through **Defendant Aaron Shook** authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on 07 March 2019, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant OCEAN 5, L. L.C.**

[6] Defendants **SOMA & CHICO'S** disturbed Plaintiff Webb's private affairs without authority of law through **Defendant HALEY GROVE** authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on 07 March 2019, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**"

and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by Defendants SOMA & CHICO'S.

[7] Defendant GIG HARBOR PENINSULA AREA CHAMBER OF COMMERCE disturbed Plaintiff Webb's private affairs without authority of law through **Defendant WARREN ZIMMERMAN** authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant GIG HARBOR PENINSULA AREA CHAMBER OF COMMERCE**.

[8] Defendant BEST WESTERN WESLEY INN & SUITES disturbed Plaintiff Webb's private affairs without authority of law through **Defendant SUE BRAATEN** authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant BEST WESTERN WESLEY INN & SUITES**.

[9] Defendant SUNSET GRILL RESTAURANT disturbed Plaintiff Webb's private affairs without authority of law through **Defendant ELIZABETH REMICK** authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant SUNSET GRILL RESTAURANT.**

[10] Defendant SALLY BEAUTY SUPPLY disturbed Plaintiff Webb's private affairs without authority of law through **Defendant LAUREL STEELE** authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant SALLY BEAUTY SUPPLY**.

The **Federal Jurisdiction** for these **Defendants** above are under **28 U. S. C. 1367**

## COUNT IX: WASHINGTON STATE CONSTITUTION, ARTICLE 1, SECTION 22

"...SECTION 22 RIGHTS OF THE ACCUSED. In criminal prosecutions the accused shall have the right to appear and defend in person, or by counsel, to demand the nature and cause of the accusation against him, to have a copy thereof, to testify in his own behalf, to meet the witnesses against him face to face, to have compulsory process to compel the attendance of witnesses in his own behalf, to have a speedy public trial by an impartial jury of the county in which the offense is charged to have been committed and the right to appeal in all cases: Provided, The route traversed by any railway coach, train or public conveyance, and the water traversed by any boat shall be criminal districts; and the jurisdiction of all public offenses committed on any such railway car, coach, train, boat or other public conveyance, or at any station or depot upon such route, shall be in any county through which the said car, coach, train, boat or other public conveyance may pass during the trip or voyage, or in which the trip or voyage may begin or terminate. In no instance shall any accused person before final judgment be compelled to advance money or fees to secure the rights herein guaranteed. [AMENDMENT 10, 1921 p 79 Section 1. Approved November, 1922.]..."

[1] Defendants MIKAELA RAE WESSEL; TRINITY PARKER; and RILEY RANCH denied **Criminal Defendant Webb** "...**to meet the witnesses against him face to face**…;" by failing to Personally Appear at the Jury Trial on Monday, 03 February 2020, as each "**Hearsay Testimony**" told to the **Port Orchard Police Department** [**Case No. D19-000299**] and **Gig Harbor Police Department** [**Case No. 1903801128**] was going to be used at the **Jury Trial** within the **Kitsap County District Court** [**Case No. 23428401**] under **Washington State Evidence Rule 404(b)** as presented in the TRIAL MEMORANDUM dated 23 January 2020, by the **State of Washington**.

On 03 February 2020, **Case No. 23428401** within the **Kitsap County District Court** and all other **Felony** and **Misdemeanor Criminal Charges** within the **Kitsap County Superior Court** under **Case Nos. 19-1-00389-18 & 19-1-00800-18**, were **Dismissed With Prejudice** based on a **Malicious Prosecution** of a "**Factual Innocent**" **Criminal Defendant Webb**.

The Malicious Prosecution is predicated on **Attorney Kevin M. Anderson, Former Kitsap County Chief Public Defender** comments on 25 April 2019, wherein He explicitly stated directly to **Criminal Defendant Webb** that He was **Factually Innocent** of the Criminal Charges within the **Kitsap County Superior Court - Case #19-1-000389-18** and "...**I have spoken with My Counterpart, the Kitsap County Prosecutor (Defendant ATTORNEY CHAD M. ENRIGHT) and studied all the evidence in this Case and**…" "...**all I have to do is pick up the Phone and Call the Kitsap County Prosecutor and the Case would be over, but the 'Powers to be' wanted to teach Criminal Defendant Webb a lesson about Sleeping with so many Married Whte Women in Our County**…" "...**Despite You being Factually Innocent of the Charges in this County as an African American the Jury will still find You Guilty**…"

This was confirmed Eight (8) Months later by **ATTORNEY JOHN SCOTT BOUGHER** on 12 December 2019, [See Pro Se Defendant Webb's **"MOTION FOR TERMINATION OF COURT APPOINTED COUNSEL"** Filed with the Kitsap County District Court Case No. <u>**23428401**</u>, on 27 December 2019] by stating the following: "...Also, <u>**Attorney BOUGHER**</u> made His own culpable statement contained in the same **MOTION** - - The Only thing **Attorney Bougher** has made Unequivocal is that the "...**Judicial Officers and Plaintiff** [State of Washington] '**Powers to Be' are disgusted with your Actions that are not Criminal, but Will Not Be Tolerated In Our Community and the Jury Will Convict You On Principle Alone, Despite No Crime has been Committed…"**

Both above are Predicated on the **Federal Petition for a Writ of Habeas Corpus** Filed within the **United States District Court for the Western District of Washington (Case No. 3:19-CV-05561-BHS) Petition for a Federal Writ of Habeas Corpus under 28 U. S. C. 2241(c)(3), pursuant to Special Circumstances for Federal Intervention**.

The **Federal Jurisdiction** for these **Defendants** above are under **28 U. S. C. 1367**.

## COUNT X: <u>INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS</u>

[1] Defendant **JESSICA RIVERA SINK committed Intentional Infliction of Emotional Distress** after She agreed to a **Consensual Relationship**, with **Plaintiff Webb**, but told **Disparaging Information** to the **Port Orchard Police Department** and had **Defendant ENTERPRISE HOLDINGS, L. L. C.,** through **Defendant Tyler Welch** authorize and issue the **"NO TRESPASS NOTICE"** - - "...**This is to formally notify you that you are NOT permitted to enter any Enterprise, National or Alamo Properties Nation-Wide and have been placed on our National Do Not Rent List…"** on **01 April 2019**, in the attached **Letter** to **Plaintiff Webb**, <u>because He acted in His **Official Capacity** as the **Regional Risk Manager** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant ENTERPRISE HOLDINGS, L. L. C.**</u>

[2] Defendants **MIKAELA RAE WESSEL; TRINITY PARKER; and RILEY RANCH committed Intentional Infliction of Emotional Distress** after **They** agreed to each consenting to **Their** interaction with **Plaintiff Webb** and provided their Personal Contact Information, but told **Disparaging Information** to the **Port Orchard Police Department** and **Gig Harbor Police Department** and had **Defendant KEYBANK/KEYCORP**, through **Defendant Riley Ranch** authorize and request the issuance of the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, <u>because He acted in His **Official Capacity** as a Police Officer Acting under **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant KEYBANK/KEYCORP**.</u>

[3] Defendant SERENA PARTRIDGE, Kohl's Store Employee committed Intentional Infliction of Emotional Distress after She agreed to consenting to Her interaction with Plaintiff Webb and provided Her Photograph and Personal Contact Information, but told Disparaging Information to the Gig Harbor Police Department and had Defendant KOHL's DEPARTMENT STORE, INCORPORATED/KOHL'S, INCORPORATED, through Defendant Stormi Crow authorize and request the issuance of the "NO TRESPASS ADMONISHMENT" on 07 March 2019, by Defendant TRAY FEDERICI, Gig Harbor Police Detective to Plaintiff Webb, because He acted in His Official Capacity as a Police Officer Acting under "Color of State Law" and the Kitsap County Prosecutor's Office nor the Pierce County Prosecutor's Office found NO Criminal Activity associated with the Trespass Admonishment issued by Defendant KOHL's DEPARTMENT STORE, INCORPORATED/KOHL'S, INCORPORATED.

[4] Defendant ROBIN E. ROSE, Housekeeping Employee committed Intentional Infliction of Emotional Distress after She agreed to consenting to Her interaction with Plaintiff Webb and provided Her Photograph; Sexually Explicit Text Messages and Personal Contact Information, but told Disparaging Information to the Gig Harbor Police Department and had Defendant THE INN AT GIG HARBOR, L. L. C., through Defendant Marisol Hernandez authorize and request the issuance of the "NO TRESPASS ADMONISHMENT" on 07 March 2019, by Defendant TRAY FEDERICI, Gig Harbor Police Detective to Plaintiff Webb, because He acted in His Official Capacity as a Police Officer Acting under "Color of State Law" and the Kitsap County Prosecutor's Office nor the Pierce County Prosecutor's Office found NO Criminal Activity associated with the Trespass Admonishment issued by Defendant THE INN AT GIG HARBOR, L. L. C.

[5] Defendant CARLEE MEIGS committed Intentional Infliction of Emotional Distress after She agreed to consenting to Her interaction with Plaintiff Webb and provided Her Personal Contact Information, but told Disparaging Information to the Gig Harbor Police Department and had Defendant OCEAN 5, through Defendant Aaron Shook authorize and request the issuance of the "NO TRESPASS ADMONISHMENT" on 07 March 2019, by Defendant TRAY FEDERICI, Gig Harbor Police Detective to Plaintiff Webb, because He acted in His Official Capacity as a Police Officer Acting under "Color of State Law" and the Kitsap County Prosecutor's Office nor the Pierce County Prosecutor's Office found NO Criminal Activity associated with the Trespass Admonishment issued by Defendant OCEAN 5, L. L.C.

[6] Defendant HALEY GROVE committed Intentional Infliction of Emotional Distress after She agreed to consenting to Her interaction with Plaintiff Webb and provided Her Personal Contact Information, but told Disparaging Information to the Gig Harbor Police Department and had Defendants SOMA & CHICO'S, through Defendant HALEY GROVE authorize and request the issuance of the "NO TRESPASS ADMONISHMENT" on 07 March 2019, by Defendant TRAY FEDERICI, Gig Harbor Police Detective to Plaintiff Webb, because He acted in His Official Capacity as a Police Officer Acting under "Color of State Law" and the Kitsap County Prosecutor's Office

nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendants SOMA & CHICO'S.**

[7] Defendant **SPENSER CZULEGER committed Intentional Infliction of Emotional Distress** after She agreed to consenting to **Her** interaction with **Plaintiff Webb** and provided Her Business Contact Information, but told **Disparaging Information** to the **Gig Harbor Police Department** and had **Defendant Defendant GIG HARBOR PENINSULA AREA CHAMBER OF COMMERCE,** through **Defendant WARREN ZIMMERMAN**, President & Chief Executive Officer authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant GIG HARBOR PENINSULA AREA CHAMBER OF COMMERCE**.

Additionally, **Defendant SPENSER CZULEGER committed Intentional Infliction of Emotional Distress** after She phoned the **Gig Harbor Police Department** on 28 February 2019, after seeing **Plaintiff Webb** conducting **Legal DMV Business** Registering His SUV at the **DMV Office in Gig Harbor, Washington** that resulted in an **illegal Detainment** outside of the **DMV Gig Harbor Office** by **Defendant Tary Federici**.

**Plaintiff Webb** incorporates herewith from above **COUNT I: [1][B]** to support the facts about **Defendant SPENSER CZULEGER Intentional Infliction of Emotional Distress** on 28 February 2019.

[8] Defendant **Defendant SUE BRAATEN committed Intentional Infliction of Emotional Distress** after **Defendant SUE BRAATEN**, Hotel Manager provided **Disparaging Information** to the **Gig Harbor Police Department** and had **Defendant BEST WESTERN WESLEY INN & SUITES,** through **Defendant SUE BRAATEN**, Hotel Manager authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant BEST WESTERN WESLEY INN & SUITES.**

[9] Defendant **ALEXANDRA KEPL committed Intentional Infliction of Emotional Distress** after **Defendant ALEXANDRA KEPL**, Waitress at Sunset Grill Restaurant agreed to consenting to **Her** interaction with **Plaintiff Webb** and provided Her Personal Contact Information, but told **Disparaging Information** to the **Gig Harbor Police Department** and had **Defendant SUNSET GRILL RESTAURANT,** through **Defendant ELIZABETH REMICK**, Sunset Grill Restaurant Manager authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on **07 March 2019**, by

31

**Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb, because** He acted in His **Official Capacity** as a Police Officer Acting under **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant SUNSET GRILL RESTAURANT.**

[10] **Defendant LAUREL STEELE** committed Intentional Infliction of **Emotional Distress** after **Defendant LAUREL STEELE**, Store Manager provided **Disparaging Information** to the **Gig Harbor Police Department** and had **Defendant SALLY BEAUTY SUPPLY,** through **Defendant LAUREL STEELE**, Store Manager authorize and request the issuance of the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019,** by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant SALLY BEAUTY SUPPLY**.

The **Federal Jurisdiction** for these above **Defendants** are under **28 U. S. C. 1367**.

**COUNT XI:** NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

[1] **Defendant ENTERPRISE HOLDINGS, L. L. C.** committed Negligent **Infliction of Emotional Distress** after **Defendant ENTERPRISE HOLDINGS, L. L. C.** through **Defendant Tyler Welch** authorize and issuing the **"NO TRESPASS NOTICE"** - - "...This is to formally notify you that you are NOT permitted to enter any **Enterprise, National or Alamo Properties Nation-Wide and have been placed on our National Do Not Rent List**…" on **01 April 2019,** in the attached **Letter** to **Plaintiff Webb**, because He acted in His **Official Capacity** as the **Regional Risk Manager** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant ENTERPRISE HOLDINGS, L. L. C.**

[2] **Defendant KEYBANK/KEYCORP** committed Negligent Infliction of **Emotional Distress** after **Defendant KEYBANK/KEYCORP** through **Defendant Riley Ranch** authorize and request the issuance of the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019,** by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant KEYBANK/KEYCORP**.

[3] **Defendant KOHL's DEPARTMENT STORE, INCORPORATED/KOHL'S, INCORPORATED** committed Negligent Infliction of Emotional Distress through **Defendant STORMI CROW** authorize and request the issuance of the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019,** by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police

32

Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the Trespass Admonishment issued by **Defendant KOHL's DEPARTMENT STORE, INCORPORATED/KOHL'S, INCORPORATED**.

[4] **Defendant THE INN AT GIG HARBOR, L. L. C. committed Negligent Infliction of Emotional Distress** through **Defendant MARISOL HERNANDEZ** authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the Trespass Admonishment issued by **Defendant THE INN AT GIG HARBOR, L. L. C.**

[5] **Defendant OCEAN 5 committed Negligent Infliction of Emotional Distress** through **Defendant Aaron Shook** authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the Trespass Admonishment issued by **Defendant OCEAN 5, L. L.C.**

[6] **Defendants SOMA & CHICO'S committed Negligent Infliction of Emotional Distress** through **Defendant HALEY GROVE** authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the Trespass Admonishment issued by **Defendants SOMA & CHICO'S**.

[7] **Defendant GIG HARBOR PENINSULA AREA CHAMBER OF COMMERCE committed Negligent Infliction of Emotional Distress** through **Defendant WARREN ZIMMERMAN** authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the Trespass Admonishment issued by **Defendant GIG HARBOR PENINSULA AREA CHAMBER OF COMMERCE**.

[8] **Defendant BEST WESTERN WESLEY INN & SUITES committed Negligent Infliction of Emotional Distress** through **Defendant SUE BRAATEN** authorize and request the issuance of the "**NO TRESPASS ADMONISHMENT**" on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff**

Webb, because He acted in His **Official Capacity** as a Police Officer Acting under **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant BEST WESTERN WESLEY INN & SUITES**.

[9] Defendant **SUNSET GRILL RESTAURANT** committed **Negligent Infliction of Emotional Distress** through **Defendant ELIZABETH REMICK** authorize and request the issuance of the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant SUNSET GRILL RESTAURANT.**

[10] Defendant **SALLY BEAUTY SUPPLY** committed **Negligent Infliction of Emotional Distress** through **Defendant LAUREL STEELE** authorize and request the issuance of the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb, because He acted in His Official Capacity** as a Police Officer Acting under **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant SALLY BEAUTY SUPPLY.**

[11] Defendant **Busey** participated in the **Malicious Prosecution** of **Plaintiff Webb** in the **Kitsap County Superior Court** by providing the whereabouts of **Plaintiff Webb** residing in Gig Harbor, Washington to the **Port Orchard Chief of Police** that led to the **Illegal Arrest**; **Illegal Detention** and **Malicious Prosecution** by the **Kitsap County Prosecutor** and makes **Defendant Busey Legally Culpable** under the **Washington State Tort Claim** for **Negligent Infliction of Emotional Distress.**

On 03 February 2020, **Case No. 23428401** within the **Kitsap County District Court** and all other **Felony** and **Misdemeanor Criminal Charges** within the **Kitsap County Superior Court** under **Case Nos. 19-1-00389-18** & **19-1-00800-18**, were **Dismissed With Prejudice** based on a **Malicious Prosecution** of a "Factual Innocent" **Criminal Defendant Webb**.

The Malicious Prosecution is predicated on **Attorney Kevin M. Anderson, Former Kitsap County Chief Public Defender** comments on 25 April 2019, wherein He explicitly stated directly to **Criminal Defendant Webb** that He was **Factually Innocent** of the Criminal Charges within the **Kitsap County Superior Court - Case #19-1-000389-18** and "...**I have spoken with My Counterpart, the Kitsap County Prosecutor (Defendant ATTORNEY CHAD M. ENRIGHT) and studied all the evidence in this Case and…**" "...**all I have to do is pick up the Phone and Call the Kitsap County Prosecutor and the Case would be over, but the 'Powers to be' wanted to teach Criminal Defendant Webb a lesson about Sleeping with so many Married Whte Women in Our County…**" "...**Despite You being Factually Innocent of**

34

the Charges in this County as an African American the Jury will still find You Guilty…"

This was confirmed Eight (8) Months later by **ATTORNEY JOHN SCOTT BOUGHER** on 12 December 2019, [See Pro Se Defendant Webb's "**MOTION FOR TERMINATION OF COURT APPOINTED COUNSEL**" Filed with the Kitsap County District Court Case No. 23428401, on 27 December 2019] by stating the following: "…Also, **Attorney BOUGHER** made His own culpable statement contained in the same **MOTION** - - The Only thing **Attorney Bougher** has made Unequivocal is that the "**…Judicial Officers and Plaintiff** [State of Washington] '**Powers to Be' are disgusted with your Actions that are not Criminal, but Will Not Be Tolerated In Our Community and the Jury Will Convict You On Principle Alone, Despite No Crime has been Committed…"**

Both above are Predicated on the **Federal Petition for a Writ of Habeas Corpus** Filed within the **United States District Court for the Western District of Washington (Case No. 3:19-CV-05561-BHS) Petition for a Federal Writ of Habeas Corpus under 28 U. S. C. 2241(c)(3), pursuant to Special Circumstances for Federal Intervention.**

The **Federal Jurisdiction** for these above Defendants are under **28 U. S. C. 1367**.

**COUNT XII: <u>RCW 18.86.090 - VICARIOUS LIABILIT</u>Y.**

(1) A principal is not liable for an act, error, or omission by an agent or subagent of the principal arising out of an agency relationship:

(a) Unless the principal participated in or authorized the act, error, or omission; or

(b) Except to the extent that:

(i) The principal benefited from the act, error, or omission; and

(ii) the court determines that it is highly probable that the claimant would be unable to enforce a judgment against the agent or subagent.

(2) A broker is not liable for an act, error, or omission of a subagent under this chapter, unless that broker participated in or authorized the act, error or omission. This subsection does not limit the liability of a firm for an act, error, or omission by a broker licensed to the firm.

**[1] Defendant ENTERPRISE HOLDINGS, L. L. C.,** became **Vicariously Liable** pursuant to **RCW 18.86.090(1)(a) & RCW 18.86.090(1)(b)**, as soon as **Defendant Tyler Welch** authorized and issued the "<u>NO TRESPASS NOTIC</u>E" - - "…T**his is to formally**

notify you that you are **NOT permitted to enter any Enterprise, National or Alamo Properties Nation-Wide and have been placed on our National Do Not Rent List…"** on **01 April 2019**, in the attached **Letter** to **Plaintiff Webb**, because He acted in His Official Capacity as the Regional Risk Manager and the Kitsap County Prosecutor's Office nor the Pierce County Prosecutor's Office found NO Criminal Activity associated with the Trespass Admonishment issued by **Defendant ENTERPRISE HOLDINGS, L. L. C.**

    **[2]** Defendant **KEYBANK/KEYCORP,** became **Vicariously Liable** pursuant to **RCW 18.86.090(1)(a)** & **RCW 18.86.090(1)(b),** as soon as **Defendant Riley Ranch**, Bank Manager at **KeyBank**, 5001 Olympic Drive N. W., Gig Harbor, Washington authorized and had issued the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His Official Capacity as a Police Officer Acting under "Color of State Law" and the Kitsap County Prosecutor's Office nor the Pierce County Prosecutor's Office found NO Criminal Activity associated with the Trespass Admonishment issued by **Defendant KEYBANK/KEYCORP**.

    **[3]** Defendant **KOHL's DEPARTMENT STORE, INCORPORATED/KOHL'S, INCORPORATED,** became **Vicariously Liable** pursuant to **RCW 18.86.090(1)(a)** & **RCW 18.86.090(1)(b),** as soon as **Defendant Stormi Crow**, Kohl's Store Manager at 4929 Point Fosdick Drive, N. W., Gig Harbor, Washington authorized and had issued the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His Official Capacity as a Police Officer Acting under "Color of State Law" and the Kitsap County Prosecutor's Office nor the Pierce County Prosecutor's Office found NO Criminal Activity associated with the Trespass Admonishment issued by **Defendant KOHL's DEPARTMENT STORE, INCORPORATED/KOHL'S, INCORPORATED**.

    **[4]** Defendant **THE INN AT GIG HARBOR, L. L. C.,** became **Vicariously Liable** pursuant to **RCW 18.86.090(1)(a)** & **RCW 18.86.090(1)(b),** as soon as **Defendant Marisol Hernandez**, Hotel Manager at 3211 56th Street, N. W., Gig Harbor, Washington authorized and had issued the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His Official Capacity as a Police Officer Acting under "Color of State Law" and the Kitsap County Prosecutor's Office nor the Pierce County Prosecutor's Office found NO Criminal Activity associated with the Trespass Admonishment issued by **Defendant THE INN AT GIG HARBOR, L. L. C.**

    **[5]** Defendant **OCEAN 5, L. L.C.,** became **Vicariously Liable** pursuant to **RCW 18.86.090(1)(a)** & **RCW 18.86.090(1)(b),** as soon as **Defendant Aaron Shook**, Ocean 5 General Manager at 5268 Point Fosdick Drive, N. W., Gig Harbor, Washington authorized and had issued the **"NO TRESPASS ADMONISHMENT"** on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in His Official Capacity as a Police Officer Acting under "Color of State Law" and the Kitsap County Prosecutor's Office nor the Pierce County Prosecutor's Office

found NO Criminal Activity associated with the **Trespass Admonishment** issued by
**Defendant OCEAN 5, L. L. C.**

 **[6] Defendant SOMA & CHICO'S,** became **Vicariously Liable** pursuant to
**RCW 18.86.090(1)(a)** & **RCW 18.86.090(1)(b)**, as soon as **Defendant HALEY
GROVE**, SOMA Store Manager at 4729 Point Fosdick Drive, N. W., Gig Harbor,
Washington and **CHICO'S** at 4735 Point Fosdick Drive, N. W., Gig Harbor, Washington
authorized and had issued the "**NO TRESPASS ADMONISHMENT**" on **07 March 2019**,
by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**,
because He acted in His **Official Capacity** as a Police Officer Acting under "**Color of
State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County
Prosecutor's Office** found NO Criminal Activity associated with the **Trespass
Admonishment** issued by **Defendant SOMA & CHICO'S.**

 **[7] Defendant GIG HARBOR PENINSULA AREA CHAMBER OF
COMMERCE**, became **Vicariously Liable** pursuant to **RCW 18.86.090(1)(a)** & **RCW
18.86.090(1)(b)**, as soon as **Defendant WARREN ZIMMERMAN**, President & Chief
Executive Officer at 3125 Judson Street, N. W., Gig Harbor, Washington authorized and
had issued the "**NO TRESPASS ADMONISHMENT**" on **07 March 2019**, by **Defendant
TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, because He acted in
His **Official Capacity** as a Police Officer Acting under "**Color of State Law**" and the
**Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found
NO Criminal Activity associated with the **Trespass Admonishment** issued by **Defendant
GIG HARBOR PENINSULA AREA CHAMBER OF COMMERCE.**

 **[8] Defendant BEST WESTERN WESLEY INN & SUITES**, became
**Vicariously Liable** pursuant to **RCW 18.86.090(1)(a)** & **RCW 18.86.090(1)(b)**, as soon
as **Defendant Sue Braaten**, Hotel Manager at 6575 Kimball Drive, Gig Harbor,
Washington authorized and had issued the "**NO TRESPASS ADMONISHMENT**" on **07
March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff
Webb**, because He acted in His **Official Capacity** as a Police Officer Acting under "**Color
of State Law**" and the **Kitsap County Prosecutor's Office** nor the **Pierce County
Prosecutor's Office** found NO Criminal Activity associated with the **Trespass
Admonishment** issued by **Defendant BEST WESTERN WESLEY INN & SUITES.**

 **[9] Defendant SUNSET GRILL RESTAURANT**, became **Vicariously Liable**
pursuant to **RCW 18.86.090(1)(a)** & **RCW 18.86.090(1)(b)**, as soon as **Defendant
Elizabeth Remick**, Sunset Grill Restaurant Manager at 4926 Point Fosdick Drive, N. W.,
Gig Harbor, Washington authorized and had issued the "**NO TRESPASS
ADMONISHMENT**" on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor
Police Detective to **Plaintiff Webb**, because He acted in His **Official Capacity** as a Police
Officer Acting under "**Color of State Law**" and the **Kitsap County Prosecutor's Office**
nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with
the **Trespass Admonishment** issued by **Defendant SUNSET GRILL RESTAURANT.**

[10] Defendant **SALLY BEAUTY SUPPLY,** became **Vicariously Liable** pursuant to **RCW 18.86.090(1)(a)** & **RCW 18.86.090(1)(b)**, as soon as **Defendant Laurel Steele**, Sally Beauty Store Manager at 5500 Olympic Drive, N. W., Gig Harbor, Washington authorized and had issued the <u>**"NO TRESPASS ADMONISHMENT"**</u> on **07 March 2019**, by **Defendant TRAY FEDERICI**, Gig Harbor Police Detective to **Plaintiff Webb**, <u>because He acted in His **Official Capacity** as a Police Officer Acting under **"Color of State Law"** and the **Kitsap County Prosecutor's Office** nor the **Pierce County Prosecutor's Office** found NO Criminal Activity associated with the **Trespass Admonishment** issued by</u> **Defendant SALLY BEAUTY SUPPLY**.

The **Federal Jurisdiction** for these above Defendants are under **28 U. S. C. 1367**.

Finally, this would be litigated in accordance with <u>**Hazel-Atlas Glass Co. v. Hartford-Empire Co.**</u>, 322 U. S. **228** (1944), overruled on other grounds by <u>**Standard Oil Co. of California v. United States**</u>, 429 U. S. 17 (1976), which **Mandates** that the **Defendants** can make **NO Defense of the allegations**, because the **"Fraud-Upon-The-Court"** is inherent within the **Official Court Record Intrinsically and Extrinsically** by the violations of **Plaintiff Webb's 4th & 14 Amendments under the U. S. Constitution** by the **Gig Harbor Police Named Defendants** and the **Illegal Trespass Admonishments** based on **Racial Animus** against **Plaintiff Webb [David Q. Webb] Color, Race and National Origin** as an **African American Male**.

The U. S. Supreme Court held in <u>**Hazel-Atlas Glass Co. v. Hartford-Empire Co.**</u>, 322 U. S. 228 (1944) - -

"...Syllabus

Upon appeal from a judgment of the District Court denying relief in a suit by Hartford against Hazel for infringement of a patent, the Circuit Court of Appeals in 1932 held Hartford's patent valid and infringed, and, upon its mandate, the District Court entered judgment accordingly. In 1941, Hazel commenced in the Circuit Court of Appeals this proceeding, wherein it conclusively appeared that Hartford, through publication of an article purporting to have been written by a disinterested person, had perpetrated a fraud on the Patent Office in obtaining the patent and on the Circuit Court of Appeals itself in the infringement suit. Upon review here of an order of the Circuit Court of Appeals denying relief, *held:*

1. Upon the record, the Circuit Court of Appeals had the power and the duty to vacate its 1932 judgment and to give the District Court appropriate directions. P. 322 U. S. 247.

(a) Even if Hazel failed to exercise due diligence to uncover the fraud, relief may not be denied on that ground alone, since public interests are involved. P. 322 U. S. 246.

(b) In the circumstances, Hartford may not be heard to dispute the effectiveness, nor to assert the truth, of the article. P. 322 U. S. 247..."

38

The Court will obtain the most explicit detail of the **Washington State** and **Kitsap County Government** illegal Detention circumstances by obtaining **PACER** from the **U. S. District Court for the Western District of Washington** (Case No. 3:19-CV-05561-BHS) **Petition for a Federal Writ of Habeas Corpus under 28 U. S. C. 2241(c)(3), pursuant to Special Circumstances for Federal Intervention, laying-out explicitly the violations of My 1st, 4th, 6th, 8th & 14th Amendments**, which was tantamount to this Federal Court's **ORDER** dated 06 February 2020.

These Legal Circumstances are supported by the Undisputed Facts, within the **Kitsap County Superior Court; Kitsap County District Court; Kitsap County Sheriff's Office Jail; Pierce County Prosecutor's Office** and **Gig Harbor Police Department** all have **Official Discovery Documentation**.

## V.  INJURIES

**Plaintiff Webb** alleges that all of the above **Defendants** Acting in Their **Official & Individual Capacities** as **Non-State Actors** violated **Plaintiff Webb's Washington State Constitutional Civil Rights** that caused **Extreme Mental Anguish** and **Pain & Suffering** while being **Deliberately Indifferent** towards **Plaintiff Webb**.

In Cases involving  an inmate's Medical needs, the need 'must be, objectively, 'sufficiently serious.' See **Farmer v. Brennan**, 511 U. S. 825, 834 (1994).

**Plaintiff Webb** alleges that all of the above **Defendants** Acting Under Color of Law that violated **Plaintiff Webb's U. S. Constitutional Civil Rights** caused **Extreme Mental Anguish** and **Pain & Suffering** while being **Deliberately Indifferent** towards **Plaintiff Webb**.

## VI. RELIEF

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking Compensation for **Money Damages** from the **City of Gig Harbor Government** and specific **Named Defendants** in their **Individual & Official Capacities** after being denied the **Protection Under The Laws of the United States Constitution under the 14th Amendment** on 20 February 2019 and being held illegally by the **Gig Harbor Police Department Law Enforcement Officers** in Gig Harbor, Washington on 28 February 2019.

These are the amicable **Money Damages** for the Unconscionable Mental Anguish Suffered from being Mentally Abused during the above events, as follows:

Paying the Total Sum of **$3.8 Million Dollars** from City of Gig Harbor Government and/or its Indemnification Insurer to **Plaintiff Webb**.

39

I am seeking Compensation for **Money Damages** from each of the **Named Defendants** that contributed directly and/or indirectly to the **Trespass Notice & Admonishments against Plaintiff Webb based on Racial Animus in their Individual** & **Official Capacities** as Final Policy Maker and/or Employees for each respective Business.

These are the amicable **Money Damages** for the Unconscionable Mental Anguish Suffered from being Mentally Abused during the above events, as follows:

Each Named Defendants as Employees of the Businesses Named Defendants Paying the Sum of **$50,000.00 Dollars** from **Them Personally** to **Plaintiff Webb**.

Lastly, **Plaintiff Webb alleges that each of the Employers as Named Defendants above each Paying the Sum of $780,000.00, for Their Legal Liable under the Vicarious Liability Statute** [RCW (Revised Code of Washington) 18.86.090], Whom Employees **Authorized the "Trespass Notice/Trespass Admonishments,"** which basically stipulates:

"… **In Washington, the General Rule is that in order to hold an Employer Vicariously Liable for the Torturous Acts of its Employees, the Employee must have been Acting in furtherance of the Employer's Business and within the Course and Scope of Employment when the Torturous Act was committed…**"

**WHEREFORE**, Plaintiff **DAVID Q. WEBB** respectively prays that this **Court**:

    A.  Enter Judgement in his favor and against All Named Defendants.
    B.  Award Compensatory Damages, Attorney's Fees, and Costs against each Defendant, and Punitive Damages against each of the Defendants in their Individual Capacity.
    C.  Grant such other and further Relief as the Court deems Equitable and Just.

## VII. CERTIFICATION AND CLOSING

Under **Federal Rule of Civil Procedure 11**, by signing below, I certify to the best of my knowledge, information, and belief that this complaint:

(1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of **Rule 11**.

I agree to provide the **Clerk's Office** with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the **Clerk's Office** may result in the dismissal of my case.

Date of signing: 10 January 2022

Signature of Plaintiff:                    Printed Name of Plaintiff: David Q. Webb

     I **Certify or Declare under Penalty of Perjury** under the **Laws of the State of Delaware & Washington and the United States of America** that the foregoing is true and correct to the best of knowledge, information and belief in accordance with **28 U. S. C. 1746**.

**Executed this 10th Day of January 2022.**

David Q. Webb                    /s/ David Q. Webb
Print Name                       Signature

# EXHIBIT - A:

# OFFICIAL COMPLAINT TO DEFENDANT KELLY BUSEY, CHIEF OF POLICE OF GIG HARBOR POLICE DEPARTMENT DATED 19 MARCH 2019 & DEFENDANT BUSEY RESPONSE DATED 20 MARCH 2019

RE: Official Compliant About Gig Harbor Police Report #1905100722

**From:** BuseyK@cityofgigharbor.net,
**To:** dqconsulting@aol.com,
**Subject:** RE: Official Compliant About Gig Harbor Police Report #1905100722
**Date:** Wed, Mar 20, 2019 4:58 pm

Mr. Webb

I have reviewed this message and it appears very broad.  It might be easier to meet in person so that I can better understand it.

What is your availability today, tomorrow afternoon, or mid-day Friday?

**Kelly Busey**

Chief of Police

Gig Harbor Police Department

3510 Grandview Street

Gig Harbor, WA 98335

(253) 853-2422

**From:** dqconsulting@aol.com <dqconsulting@aol.com>
**Sent:** Tuesday, March 19, 2019 1:23 PM
**To:** Kelly Busey <BuseyK@cityofgigharbor.net>; Fred Douglas <DouglasF@cityofgigharbor.net>; Ryan Erwin <erwinr@cityofgigharbor.net>; Matt Dougil <DougilM@cityofgigharbor.net>
**Subject:** Official Compliant About Gig Harbor Police Report #1905100722

Wednesday, 19 March 2019

Good morning **Gig Harbor Chief of Police (Kelly Busey)** this Communication has been delayed based on being informed that You were on Vacation during the Week of (Monday 18 February 2019 through Sunday, 24 February 2019) **Police Report**

**#1905100722**, was Generated and the following Week, too.

This Communication troubles Me to have to inform You of **Police Misconduct** by **Gig Harbor Police Officer (Erwin Ryan)** in Violation of **Federal Statute 42 U. S. C. 2000d-7**, under **Title VI of the Civil Rights Act of 1964**, ["...No person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance..."].

This is based on the **Gig Harbor Police Department** as a **Law Enforcement Entity** being a **Receipent of Federal Funding** from the **United States Department of Justice**, please see **United States Supreme Court Case Law** [**South Dakota v. Dole**]. **South Dakota v. Dole**, 483 U.S. 203 (1987), was a case in which the United States Supreme Court considered the limitations that the Constitution places on the authority of the United States Congress when it uses its authority to influence the individual states in areas of authority normally reserved to the states. It upheld the constitutionality of a federal statute that withheld federal funds from states whose legal drinking age did not conform to federal policy.

This involves:

[A] Oil & Ant-iFreeze Stolen right in Front of **Officer Erwin Ryan** & **Sergeant Matthew Dougil** on Wednesday, 20 Febrarury 2019, by **Dominique Ryan** that was purchased for the **Buick Rainier 2004**.

[B] **Dominique Ryan** commits the Crime of taking the Car Keys She was Ordered to surrender to **David Webb** by **Officer Erwin Ryan** to Key-Up the Whole Passenger-Side from the Front Fender to the Rear Fender as **Dominique Ryan** was on the Passenger-Side of the Buick Rainier 2004, obtaining all Her Personal Items as Ordered by **Officer Erwin Ryan** to Remove.

[C] **Dominique Ryan** committing the Crime of Opening and Stealing the **Vechile RegistrationDocuments** out of the Gove Compartment as She was on the Passanger-Side of the Buick Rainier as both **Officer Ryan** and **Sergeant Dougil** felt it necessary to only keep a Hawk-Eye on David Webb and not any attention on **Dominque Ryan**. **David Webb** had to obtain a Second Registration from the Dealership [**MC Euro, LLC**] in Tacoma, Washington via **Ms. Lori Cassimore** along with immediately changing all documents that immediately recognizing **Dominique Ryan** as the Registered Owner & Lien Owner.

[D] **Dominique Ryan** walked away with **David Webb's** iPhone 8 Plus with 64G Costing $699.00, before Taxes and a Second iPhone 8 Plus with 256G Costing $899.00, before Taxes purchased on Sunday, 17 February 2019, from the iPhone Store at the Tacoma Mall, by condoning such conduct after **David Webb** informed both **Officer Ryan** & **Sergeant Dougil** that **Dominique Ryan** had His iPhone 8 Plus in Her Possession for **Mr. Webb** acknowledged He had the Sales Receipt to show both **Officer Ryan** & **Sergeant Dougil**. **Officer Ryan** stated that it is a Small Price to pay to get Your Buick Rainier back in Your Legal Possession and it is not worth it to Hire a Lawyer to Sue **Dominique Ryan** for the Two (2) iPhones mentioned above.

**Gig Harbor Police Chief Busey**, please see the attached Letter from the AT&T General Counsel (**Attorney David R. McAtee, II**) authorizing the AT&T Personnel (**Brenda**) at the AT&T Gig Harbor Store acknowledging that She personally heard and observed **Mr. Webb** was only allowing **Dominque Ryan** and Her Younger Sister (**Trinity**) to use the iPhones detailed above for a Temporary Basis until **Dominique Ryan** obtained the Family Member to Purchase Her a New iPhone under the Plan She was currently under with this Family Member, because Dominique Ryan had Deceptively told David Webb that Her iPhone 6 Charger was no longer working and this can be attested to by the iPhone Sales Associate (**Presley**) from Saling Mr. Webb these iPhones on Sunday, 17 February 2019.

[E] **Officer Erwin Ryan** showed a strong Affinity to **Dominique Ryan** as He condoned all Her Crime Conduct as detailed above and has since become Sexually Involved with **Dominique Ryan**, which Violates Gig Harbor Police Depaftment Policies & Procedures along with Washington State Law Enforcement Polices & Procedures and Federal Statutes for Law Enforcement Entities, too.

**Gig Harbor Police Chief Busey**, this was all relied to **Officer Ryan** on Wednesday, 20 February 2019, just Hours after leaving the **Gig Harbor Police Station** via **Dispatach Operator #41**, who explicitly stipulated that She would be Emailing **Officer Ryan** immediately of these Crimes Committed and Observation of Actions taken by **Dominique Ryan** to Deface the Buick Rainier - 2004.

The **Police Report #1905100722**, is Devoid of all these detailed Incidents mentioned above with Malice and Forethought by **Officer Ryan**.

**Police Chief Busey**, please make arrangements for a Police Escort over to **Dominique Ryan's Home** at 5511 51st Avenue, Court NW, Gig Harbor, Washington 98335-7103, Unannounced in the next Three (3) Business Days to acquire the Two (2) iPhones detailed above as **Mr. Webb's Legal Property Stolen from Mr. Webb upon the Refusal to Return such on Wednesday, 20 February 2019**.

Thanks in advance for Your Cooperation and Attentiveness to this Official Complaint.

Best regards, /s/ David Webb - Cell (602) 715-6817

# EXHIBIT - B:

# WASHINGTON STATE DEPARTMENT OF LICENSING - REGISTRATION CERTIFICATE ISSUED 28 FEBRUARY 2019 & FILING FEE RECEIPT DATED 28 FEBRUARY 2019

## WASHINGTON STATE DEPARTMENT OF LICENSING

## Registration Certificate

| Model Year | Make | Model | Body Style | Vehicle identification number (VIN) | Scale Weight |
|---|---|---|---|---|---|
| 2004 | BUIC | RAINIER | Sport Utility | 5GADT13S642170094 | 4,600 |

| Plate/Tag no | Tab/Decal no | Primary vehicle use type | | Issue date | Exp date | |
|---|---|---|---|---|---|---|
| BOT3231 | A298024 | Passenger Vehicle | | 02/28/2020 | 03/01/2021 | |
| Plate/Tag no | Tab/Decal No | Vehicle use type | | Issue date | Exp date | |

| Gross Weight | Gr wt start date | Gross weight exp date | Fleet no | Equip no |
|---|---|---|---|---|
| | | | | |

Registered Owner

WEBB, DAVID Q
4810 POINT FOSDICK DR NW
STE 143
GIG HARBOR WA 98335-1711

Legal Owner

Same as Registered Owner

**Brands/Comments:**  37245/2004, BLACK, Display tab on back license plate only - front plate is still required

*Anyone who knowingly makes a false statement may be guilty of a felony under state law and upon conviction shall be punished by a fine, imprisonment, or both.*

*I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct and, as owner or authorized agent of the vehicle, it is free of any claim of lien, mortgage, conditional sale or other security interest of any person, except the person or persons set forth as legal owners.*

X _____     X _____
Signature of registered owner                            Signature of registered owner

28 February 2020 at Peninsula Licensing
Date and place signed        Agency, LLC, 3206 50th Street        Date and place signed
Court, NW, A-109
Gig Harbor, WA 98335

L0094932519

TD-420-802 (R/12/16) Page 1 of 2

| Vehicle Information: | BOT3231 | 5GADT13S642170094 | 2004 | BUIC | RAINIER | Sport Utility |
|---|---|---|---|---|---|---|
| Filing | Registration Filing | $4.50 | | | | |
| Registration | License Plate Technology | $0.25 | | | | |
| | Dept. of Licensing Service | $0.50 | | | | |
| | Vehicle Weight | $45.00 | | | | |
| | Registration License | $30.00 | | | | |
| Service | Registration Service Fee | $8.00 | | | | |

This is Your Registration
Processed by
PENINSULA LICENSING AGENCY LLC
GIG HARBOR WA
253-858-3773

Fee Total:  $88.25

Issue Date: 02/28/2020        You can get a copy of this cash/fee receipt detail at www.dol.wa.gov.

**Skip a trip – go online www.dol.wa.gov**

WA DOL Peninsula License Agency
3206 50th Street Ct NW WA 109
Gig Harbor, WA 98335

MID:            372023518882
TID:            07878759
Terminal ID:    V00889703
Date / Time:    2/28/20 1:03 PM PST
Receipt Number: 106906041

Card #:            *************4158
Expiration Date:   XX/XX
Transaction Type:  Sale        $50.50
Transaction Date:  2/28/20 1:03 PM PST
Payment Type:      Debit
Card Type:         MasterCard
Approval Code:     XXXXX

Vehicle                    $88.25
2/28/2020:604412

                 Renew Amount: $88.25
        LexisNexis Service Fee: $2.25

                  Total Fee: $90.50

          Customer Copy

# EXHIBIT - C

# GIG HARBOR POLICE DEPARTMENT - CASE #1906500993 -TRESPASS ADMONISHMENTS



**GIG HARBOR** ®

*THE MARITIME CITY*

POLICE DEPARTMENT

Case #1906500993

## TRESPASS ADMONISHMENT

Name: __(Last)_____ Webb _____ (First)_____ David _____ (Middle)_____ Quintin ___

DOB: _____ ADDRESS:____ TRANSIENT- GIG HARBOR WASHINGTON _____

HEIGHT:____ 5'10 _____ WEIGHT:___ 180 _____ RACE:__ B ___ SEX:___ M _____

DATE:_____TIME:_____

PARENT NAME: (If under age 18)_____

**WARNING:**

I have been advised of Washington State Law RCW: 9A.52.080 (Criminal Trespass in the Second Degree). I understand that the Gig Harbor Police Department is acting as an agent for the owners/managers of the listed location/locations and that advisement has been made denying me access to enter or remain on these premises for one year from the above date. I understand that I am subject to arrest and criminal prosecution if I act in disregard of this notice.

Signature:__ REFUSED TO SIGN / VERBALLY EXPLAINED ____

Issuing Officer:___ ERWIN _____ Pers#:__ GH24 _____

Copy Mailed to Parent (If under age 18) on_____
                                                    Date

Location:__ Gig Harbor Chamber of Commerce, 3125 Judson St Gig Harbor WA 98335 _____

Location:__ Wesley Inn and Suites, 6575 Kimbal Dr Gig Harbor WA 98335 _____

Location:__ Kohls, 4929 Point Fosdick Drive NW Gig Harbor WA 98335 _____

Location:__ Sally Beauty Supply, 5500 Olympic Dr NW Gig Harbor WA 98335 _____

Location:__ Inn at Gig Harbor, 3211 56th ST NW _____

Location:__ Key Bank, 5001 Olympic Dr NW Gig Harbor WA 98335 _____

Location:___ Ocean's 5, 5268 Point Fosdick Dr NW Gig Harbor WA 98335 _____

Location:___ Soma, 4729 Point Fosdick Dr NW Gig Harbor WA 98335 _____

Location:___ Chicos, 4735 Point Fosdick Dr NW Gig Harbor WA 98335 _____

Location:___ Sunset Grill, 4926 Point Fosdick Dr NW Gig Harbor WA 98335 _____

Location:___ Great Car Care Center/ Great Carwash, 6750 Kimball Dr Gig Harbor WA 98335 _____

Location:___ Great car Was Detail Center, 6755 Kimball Gig Harbor WA 98335 _____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

Location:_____

# EXHIBIT - D

# LETTER FROM DEFENDANT TYLER WELCH, REGIONAL RISK SUPERVISOR FOR ENTERPRISE HOLDINGS, LLC - DATED 01 APRIL 2019 - NO TRESPASS NOTICE OF ANY NATION-WIDE PROPERTIES FOR ENTERPRISE; NATIONAL OR ALAMO

# NO TRESPASS NOTICE

**TO:**
David Webb
License Number: 194712022
DOB: :

**FROM:**
Enterprise Holdings, LLC
1119 SW 7th ST
Renton, WA 98057

**DATE: 04/01/2019**

This is to formally notify you that you are NOT permitted to enter any Enterprise, National or Alamo properties nation-wide and have been placed on our National Do Not Rent list.  This notice is in conjunction to Case # D19-000627.  Failure to comply with the notice and violation of the terms of notice will constitute criminal trespass.

Tyler Welch
Regional Risk Supervisor



USPS PRIORITY MAIL

9505 5134 0447 2010 2512 68

**PRIORITY MAIL®**

$8.95
R2304M 145858-07

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS000001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

- ■ Expected delivery date specified for domestic use.
- ■ Most domestic shipments include up to $50 of insurance (restrictions apply).*
- ■ USPS Tracking® included for domestic and many international destinations.
- ■ Limited international insurance.**
- ■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

FROM: DAVID WEBB
40 East Main Street #4
Newark, Delaware 19711

FILED
RECEIVED    LODGED

JAN 14 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                    DEPUTY

TO:
U.S. District Court for the District of Washington
Office of the Clerk
1717 Pacific Avenue, Room #3100
Tacoma, Washington 98402

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.